1  NOSSAMAN LLP
   JAMES H. VORHIS (SBN 245034)
2  jvorhis@nossaman.com
   50 California Street, 34th Floor
3  San Francisco, CA 94111
   Telephone:     415.398.3600
4  Facsimile:     415.398.2438

5  Attorneys for Defendant TOTAL MERCHANT SERVICES, INC.

6
7
8
9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 | SIDNEY NAIMAN, individually and             | Case No: 3:17-cv-03806-JSC
   | on behalf of all others similarly situated, |
12 |                                             | **STIPULATION TO EXTEND TIME TO**
   |                 Plaintiff,                  | **RESPOND TO COMPLAINT UP TO AND**
13 |                                             | **INCLUDING AUGUST 14, 2017**
   |         vs.                                 |
14 | TOTAL MERCHANT SERVICES, INC.,              | Date Action Filed: July 5, 2017
15 |                 Defendant.                  |
16

17
18      IT IS HEREBY stipulated by and between Plaintiff Sidney Naiman ("Plaintiff") and
19 Defendant Total Merchant Services, Inc. ("Defendant"), through their respective counsel, and
20 pursuant to Local Rule 6-1(a), that Defendant be granted an extension of time to answer, move,
21 or otherwise respond to the Complaint filed by Plaintiff in the above-captioned matter up to and
22 including August 14, 2017, which extension will not alter the date of any event or any deadline
23 already fixed by Court order. No previous extensions on this matter have been requested and/or
24 granted.
25      The undersigned represent to the Court that they are authorized on behalf of the parties
26 for whom they are signing this Stipulation to agree to the foregoing.
27
   DATED: August 3, 2017                     /s/ Anthony Paronich as authorized on 8-3-17
28                                           Anthony Paronich
                                             Attorney for Plaintiff SIDNEY NAIMAN

                                             1                    Case No. 3:17-cv-03806-JSC
                  STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
56117807.v1

1  Date:      August 3, 2017                    NOSSAMAN LLP
                                                JAMES H. VORHIS
2

3                                               By:  /s/ James H. Vorhis
4                                                    James H. Vorhis

5                                               Attorneys for Defendant TOTAL
                                                MERCHANT SERVICES, INC.
6

- 2 -                                           Case No. 3:17-cv-03806-JSC
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
56117807.v1