Jon B. Fougner (State Bar No. 314097)
Email: Jon@FougnerLaw.com
600 California Street, 11th Fl.
San Francisco, CA 94108
Telephone: (434) 623-2843
Facsimile: (206) 338-0783

Anthony I. Paronich
Email: anthony@broderick-law.com
BRODERICK & PARONICH, P.C.
99 High Street, Suite 304
Boston, Massachusetts 02110
Telephone:  (508) 221-1510
Facsimile:   (617) 830-0327

*Attorneys for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DR. TIMOTHY COLLINS and SIDNEY NAIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOTAL MERCHANT SERVICES, INC., QUALITY MERCHANT SERVICES, INC. MICHAEL ALIMENTO and BOBBY POWERS<br><br>Defendants. | Case No. 4:17-cv-03806-CW<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE *PRO SE* ANSWER OF QUALITY MERCHANT SERVICES, INC.**<br><br>JURY TRIAL DEMAND<br><br>Complaint Filed:  July 5, 2017<br><br>DATE:  February 6, 2018<br>TIME:  2:30 p.m.<br>LOCATION:  TBD |

**CASE NO. 3:17-CV-03806-CW - PLAINTIFF'S NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE *PRO SE* ANSWER OF QUALITY MERCHANT SERVICES, INC.**

- 1 -

TO:     THE CLERK OF THE COURT; and

TO:     DEFENDANT QUALITY MERCHANT SERVICES, INC.;

PLEASE TAKE NOTICE that on February 6, 2018, at 2:30 p.m., in a courtroom to be assigned prior to the hearing of the Oakland Courthouse for the U.S. District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612, Plaintiff will move to strike the *pro se* filed Answer of Quality Merchant Services, Inc., as Quality Merchant Services, Inc., an active corporation, must appear through counsel.

This motion will be based on: the following Memorandum of Points and Authorities, the Declaration Anthony I. Paronich, the records and file in this action; and on such other matter as may be presented before or at the hearing of the motion.

## STATEMENT OF ISSUES TO BE DECIDED

1.      Can an active corporation appear *pro se* in this Court?

## STATEMENT OF RELEVANT FACTS

Plaintiff Sidney Naiman filed this action against Total Merchant Services, Inc. alleging that it hired co-defendants Quality Merchant Services, Inc. and its owner Michael Alimento to send pre-recorded telemarketing calls in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA") in order to generate new business.[1] *See* Declaration of Anthony I. Paronich at ¶ 2. On December 19, 2017, Quality Merchant Services, Inc. filed an

---

[1] The Plaintiffs' Complaint also alleges that Mr. Bobby Powers sent unsolicited facsimile advertisements on behalf of Total Merchant in violation of the TCPA, but that claim is not implicated in this motion.

**CASE NO. 3:17-CV-03806-CW - PLAINTIFF'S NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE *PRO SE* ANSWER OF QUALITY MERCHANT SERVICES, INC.**

Answer. *See* ECF No. 48. However, that Answer was signed by Michael Alimento, who claimed to be "Vice President" of Quality and was not signed by an attorney. *Id.* at ¶ 3.

## ARGUMENT

It is black letter law and an explicit rule of this District that a corporation can only appear in court through an attorney. Civil Local Rule 3-9(b) states that "[a] corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court." Civil L.R. 3-9(b)." This regulation reflects the longstanding rule that a corporation may only appear in court through an attorney." *BMW of N. Am., LLC v. Dinodirect Corp.,* 2012 U.S. Dist. LEXIS 89271 at *13-14 (N.D. Cal. June 27, 2012) citing *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994). "Non-attorneys, including a corporation's president and sole shareholder, are barred from representing a corporation." *United States CFTC v. Castillo*, 2007 WL 2088372 at *1 (N.D. Cal. 2007).

While Courts in this District have held that under such circumstances a default may enter[2], the plaintiffs are also pursuing overdue discovery responses from Quality and Mr. Alimento to determine, *inter alia*, the size of plaintiffs' putative class and the relationship between Quality and the company it sent the pre-recorded messages for, co-defendant Total Merchant Services, Inc. As such, the plaintiffs do not oppose Quality filing an answer through counsel within seven days of this Court's Order. If the Court would prefer a default motion to be filed, the plaintiffs will do that within seven days of this Court's Order.

---

[2] *See BMW of N. Am., LLC* at *15.

**CASE NO. 3:17-CV-03806-CW - PLAINTIFF'S NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE *PRO SE* ANSWER OF QUALITY MERCHANT SERVICES, INC.**

## CONCLUSION

WHEREFORE, Quality Merchant Services, Inc.'s Answer should be stricken and Quality should be Ordered to file a new Answer through counsel within 7 days after this Order or be subject to a default judgment. A proposed Order is being submitted as Exhibit 1.

RESPECTFULLY SUBMITTED AND DATED this 20th day of December, 2017.

By:   /s/ Anthony I. Paronich
      Anthony I. Paronich

CERTIFICATE OF SERVICE

I, Anthony I. Paronich, hereby certify that on December 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record. I have also sent the defendants who are not registered through the CM/ECF system an electronic copy.

BRODERICK & PARONICH, P.C.

By: /s/ *Anthony I. Paronich*
    Anthony I. Paronich, *Admitted Pro Hac Vice*
    Email:  anthony@broderick-law.com
    99 High Street, Suite 304
    Boston, Massachusetts 02110
    Telephone:  (617) 738-7080

CASE NO. 3:17-CV-03806-CW - PLAINTIFF'S NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE *PRO SE* ANSWER OF QUALITY MERCHANT SERVICES, INC.