Matthew P. McCue
Email: mmccue@massattorneys.net
LAW OFFICE OF MATTHEW P. MCCUE, P.C.
1 South Ave., Third Floor
Natick, MA 01760
Telephone: 508 655 1415
Facsimile: 508 319 3077

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. TIMOTHY COLLINS and SIDNEY NAIMAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>TOTAL MERCHANT SERVICES, INC., QUALITY MERCHANT SERVICES, INC., MICHAEL ALIMENTO and BOBBY POWERS<br>        Defendants. | Case No. 4:17-cv-03806-CW<br><br>**DECLARATION OF MATTHEW P. McCUE IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>JURY TRIAL DEMAND<br><br>Complaint Filed:  July 5, 2017<br><br>DATE:       August 14, 2018<br><br>TIME:       2:30 p.m.<br><br>LOCATION:   1301 Clay St., Oakland, CA 94612 |

I, Matthew P. McCue, declare as follows:

1.      I am the principal at the law firm of The Law Office of Matthew P. McCue, co-counsel of record for Plaintiff in this matter. I am a member in good standing of the bar in the Commonwealth of Massachusetts. I respectfully submit this declaration in support of Plaintiff's Motion for Class Certification.  I have personal knowledge of the following facts:

2.      I have extensive experience in the prosecution of class actions on behalf of consumers, particularly claims under the Telephone Consumer Protection Act, 47 U.S.C. §227.

3.      I am a 1993 honors graduate of Suffolk Law School in Boston, Massachusetts. Following graduation from law school, I served as a law clerk to the Justices of the Massachusetts Superior Court. I then served a second year as a law clerk for the Hon. F. Owen Eagan, United States Magistrate Judge for the USDC District of Connecticut.

4.      In 1994, I was admitted to the Bar in Massachusetts. Since then, I have been admitted to practice before the United States District Court for the District of Massachusetts, the First Circuit Court of Appeals, the United States District Court for the District of Colorado, the Sixth Circuit Court of Appeals and the United States Supreme Court.

5.      Following my clerkships, I was employed as a litigation associate with the Boston law firm of Hanify & King. In 1997, I joined the law firm of Mirick O'Connell as a litigation associate where I focused my trial and appellate practice on plaintiff's personal injury and consumer protection law.

6.      In the summer of 2002, I was recognized by the legal publication Massachusetts Lawyers Weekly as one of five "Up and Coming Attorneys" for my work on behalf of consumers and accident victims.

7.      My firm keeps contemporaneous time records in Timeslips billing program.

8.      In November of 2004, I started my own law firm focusing exclusively on the litigation consumer class actions and serious personal injury cases.

9.      My billable rate for this matter is $700 an hour. I am familiar with the rates of attorneys of similar background and experience nationally and am confident the rates are reasonable and in keeping with rates used by other attorneys with similar training and experience. I have used these rates in calculating lodestar for attorneys' fee purposes in several other nationwide class actions, and they have been approved as reasonable by numerous state and federal courts in approving settlements. *See e.g., Mey v. Frontier Communications Corporation,* No. 3:13-cv-1191-MPS (D. Ct. June 9, 2017) (approving a $11,000,000 settlement and attorney fee of one-third that amount based on my hourly rate of $700); *Heidarpour v. Central Payment Co.*, No. 16-cv-01215 (M.D. Ga. May 4, 2017) (approving a $6,500,000

settlement and attorney fee of one-third that amount based on my hourly rate of $700); *Mey v. Interstate National Dealer Services, Inc.*, No. 14-01846 (N.D. Ga June 8, 2016) (approving $4,200,000 settlement and attorney fee of one-third that amount based on my hourly rate of $700).

        10.    A sampling of other class actions in which I have represented classes of consumers under the Telephone Consumer Protection Act and been appointed class counsel follows:

i.        *Mey v. Herbalife International, Inc*, USDC, D. W. Va., Civil Action No. 01-C-263M. Co-lead counsel with Attorney Broderick and additional co- counsel, prosecuting consumer class action pursuant to TCPA on behalf of nationwide class of junk fax and prerecorded telephone solicitation recipients. $7,000,000 class action settlement preliminarily approved on July 6, 2007 and granted final approval on February 5, 2008.

ii.      *Mulhern v. MacLeod d/b/a ABC Mortgage Company*, Norfolk Superior Court, 2005-01619 (Donovan, J.). Representing class of Massachusetts consumers who received unsolicited facsimile advertisements in violation of the TCPA and G.L. c. 93A. Case certified as a class action, and I was appointed co-lead counsel with Attorney Edward Broderick by the Court on February 17, 2006, settlement for $475,000 granted final approval by the Court on July 25, 2007.

iii.     *Evan Fray-Witzer, v. Metropolitan Antiques*, LLC, NO. 02-5827 Business Session, (Van Gestel, J.). In this case, the defendant filed two Motions to Dismiss challenging the plaintiff's right to pursue a private right of action and challenging the statute at issue as violative of the telemarketer's First Amendment rights. Both Motions to Dismiss were denied. Class certification was then granted, and I was

DECL. MATTHEW P. MCCUE SUPP. PL.'S MOT. CLASS CERTIFICATION
*Naiman v. Total Merchant Servs., Inc.*, Case No. 4:17-cv-03806-CW

1    appointed co-lead class counsel.  Companion to this  litigation, my co-counsel and I
2    successfully litigated the issue of  whether commercial general liability insurance
3    provided coverage for  the alleged illegal  telemarketing at issue.  We ultimately
4    appealed this issue to the Massachusetts Supreme  Judicial Court which issued a
5    decision reversing the contrary decision of the trial court  and finding  coverage.  *See*
6    *Terra Nova Insurance v. Fray-Witzer et a l*., 449 Mass. 206  (2007).  This case
7    resolved for $1,800,000.

8

9    iv.    *Shonk Land Company, LLC v. SG  Sales Company*, Circuit Court of Kanawha
10          County, West Virginia, Civil Action No.  07-C-1800, settlement for $2,450,000,
11          final approval granted in  September of 2009.

12

13   v.     *Mann & Company, P.C. v. C-Tech Industries, Inc.*,  USDC, D. Mass., C.A.
14          1:08CV11312-RGS, class action on behalf of recipients of  faxes in violation of
15          TCPA, settlement for $1,000,000, final approval granted in January of 2010.

16

17   vi.    *Evan Fray Witzer v. Olde Stone Land Survey  Company, Inc.*, Massachusetts Superior
18          Court, Civil Action No. 08-04165  This  matter settled for $1,300,000 and final
19          approval was granted on February 3, 2011.

20

21   vii.   *Milford & Ford Associates, Inc. and D. Michael Collins vs. Cell-Tek, LLC*,
22          USDC, D. Mass. C. A. 1:09-cv- 11261-DPW,  class action on behalf of recipients
23          of faxes in violation  of TCPA, settlement for $1,800,000, final approval granted
24          August 17,  2011.

25

26

27

28

viii.    *Collins v. Locks & Keys of Woburn Inc..*,  Massachusetts Superior Court, Civil Action No. 07-4207-BLS2 final approval granted August 17,  2011 for TCPA class settlement of $2,000,000.

ix.    *Brey Corp t/a Hobby Works v. Life Time Pavers, Inc.*,  Circuit Court for Montgomery County, Maryland, Civil Action No. 349410-V.  This matter settled for $1,575,000.  Final approval granted in March 2012.

x.    *Collins, et al v. ACS, Inc. et al.*, USDC, District of  Massachusetts, Civil Action No. 10-CV-11912 a TCPA case for illegal fax advertising,  which settled for $1,875,000 with final approval granted on September 25, 2012.

xi.    *Desai and Charvat v. ADT Security Services, Inc.*,  USDC, Northern District of Illinois, Civil Action No. 11-CV-1925,  settlement of $15,000,000 granted final approval on June 21, 2013.

xii.    *Benzion v. Vivint*, 0:12-cv-61826, USDC  S.D.Fla., settlement of $6,000,000 granted final approval in February of 2015.

xiii.    *Kensington Physical Therapy v. Jackson Physical  Therapy Partners,* USDC, District of Maryland, 8:11cv02467, settlement of $4,500,000  granted final approval in February of 2015.

xiv.    *Jay Clogg Realty v. Burger King Corp.*, USDC,  District  of Maryland, 8:13cv00662, settlement of $8.5 million granted final approval in May of  2015.

| | | |
|---|---|---|
| 1 | xv. | *Charvat v. AEP Energy,* 1:14cv03121 ND Ill, class  settlement of $6 million granted |
| 2 | | final approval on September 28, 2015. |
| 3 | | |
| 4 | xvi. | *Dr. Charles Shulruff, D.D.S. v. Inter-med, Inc.*, 1:16-cv-00999, ND Ill, class |
| 5 | | settlement of $400,000 granted final approval on  November 22, 2016. |
| 6 | | |
| 7 | xvii. | *Toney v, Quality Resources, Inc., Cheryl Mercuris and Sempris LLC*, 13-cv-00042, |
| 8 | | in which a TCPA class  settlement was granted final approval on December 1, 2016 |
| 9 | | with TCPA settlement in  the amount of $2,150,00, and a second settlement against |
| 10 | | the remaining defendants for $3,300,000 was granted preliminary approval on May |
| 11 | | 30, 2018. |
| 12 | | |
| 13 | xviii. | *Bull v. US Coachways, Inc.*, USDC, ND. Ill., 1:14-cv-05789, in which  a TCPA |
| 14 | | class settlement was finally approved on November 11, 2016 with an  agreement for |
| 15 | | judgment in the amount of $49,932,375 with an assignment of rights  against |
| 16 | | defendant's insurance carrier. |
| 17 | | |
| 18 | xix. | *Smith v. State Farm Mut. Auto. Ins. Co. , et. al.*, USDC, ND. Ill., 1:13-cv-02018, |
| 19 | | TCPA class settlement of $7,000,000.00 granted final approval on December 8, |
| 20 | | 2016. |
| 21 | | |
| 22 | xx. | *Mey v. Frontier Communications Corporation*, USDC, D. Ct., 3:13-cv-1191-MPS, |
| 23 | | a TCPA class settlement of $11,000,000 granted final approval on June 2, 2017. |
| 24 | | |
| 25 | xxi. | *Biringer v. First Family Insurance, Inc.*, USDC, ND. Fla., a TCPA class settlement |
| 26 | | of $2,900,000 granted final approval on April 24, 2017. |
| 27 | | |
| 28 | | |

DECL. MATTHEW P. MCCUE SUPP. PL.'S MOT. CLASS CERTIFICATION
*Naiman v. Total Merchant Servs., Inc.*, Case No. 4:17-cv-03806-CW

xxii.    *Abramson v. Alpha Gas and Electric, LLC*, USDC, SD. NY., 7:15-cv-05299-KMK, a TCPA class settlement of $1,100,000 granted final approval on May 3, 2017.

xxiii.   *Heidarpour v. Central Payment Co.*, USDC, MD. Ga., 16-cv-01215, a TCPA class settlement of $6,500,000 granted final approval on May 4, 2017.

xxiv.    *Abante Rooter and Plumbing, Inc. v. New York Life Insurance Company*, USDC, SD. NY., 1:16-cv-03588-BCM, a TCPA class settlement of $3,250,000 granted final approval on February 27, 2018.

xxv.     *Abramson v. CWS Apartment Home, LLC*, USDC, WD. Tex., 16-cv-01215, a TCPA class settlement of $368,000.00 granted final approval on May 19, 2017.

xxvi.    *Charvat v. Elizabeth Valente, et al.,* USDC, NDIL, 1:12-cv-05746, $12,500,000 TCPA settlement granted preliminary approval on July 6, 2017.

xxvii.   *Mey v. Got Warranty, Inc., et. al.*, USDC, NDWV., 5:15-cv-00101-JPB-JES, a TCPA class settlement of $650,000 granted final approval on July 26, 2017.

xxviii.  *Mey v. Patriot Payment Group, LLC*, USDC, NDWV., 5:15-cv-00027-JPB-JES, a TCPA class settlement of $3,700,000 granted final approval on July 26, 2017.

xxix.    *Charvat and Wheeler v. Plymouth Rock Energy, LLC, et al.*, USDC, EDNY, 2:15-cv-04106-JMA-SIL, a TCPA class settlement of $1,675.000 granted preliminary approval on September 15, 2017.

xxx.   *Fulton Dental, LLC v. Bisco, Inc.*, USDC, NDIL, 1:15-cv-11038.  TCPA class settlement for $262,500 granted final approval on March 7, 2018.

xxxi.   *Abante Rooter and Plumbing, Inc. v. Birch Communications, Inc.*, USDC, NDGA, 1:15-cv-03262-AT. TCPA class settlement of $12,000,000 granted final approval on December 14, 2017.

xxxii.   *In re Monitronics International, Inc.,* USDC, ND. WV., 1:13-md-02493-JPB-JES, a TCPA class settlement of $28,000,0000 granted final approval on June 12, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED in Natick, Massachusetts, this 10th day of July, 2018.


*/s/ Matthew P. McCue*
Matthew P. McCue