Jon B. Fougner (State Bar No. 314097)
Email: Jon@FougnerLaw.com
600 California Street, 11th Fl.
San Francisco, CA 94108
Telephone: (434) 623-2843
Facsimile: (206) 338-0783

Anthony I. Paronich
Email: anthony@broderick-law.com
BRODERICK & PARONICH, P.C.
99 High Street, Suite 304
Boston, Massachusetts 02110
Telephone: (508) 221-1510
Facsimile:  (617) 830-0327

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. TIMOTHY COLLINS and SIDNEY NAIMAN, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>TOTAL MERCHANT SERVICES, INC., QUALITY MERCHANT SERVICES, INC., MICHAEL ALIMENTO and BOBBY POWERS<br>           Defendants. | Case No. 4:17-cv-03806-CW<br><br>**PLAINTIFF DR. TIMOTHY COLLINS STIPULATION OF DISMISSAL AS TO HIS CLAIMS ONLY**<br><br>JURY TRIAL DEMAND<br><br>Complaint Filed: July 5, 2017<br><br>DATE:          TBD<br>TIME:          TBD<br>LOCATION: TBD |

NOW COME the Plaintiff, Dr. Timothy Collins, and Defendant, Total Merchant Services, Inc., by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a), who hereby stipulate and agree to the dismissal with prejudice of Plaintiff's individual claims against Defendant and without prejudice of the putative class claims against Defendant. Each party shall bear his/its own respective costs and attorneys' fees. This Stipulation for Dismissal disposes of the entire action relating to Plaintiff, Dr. Timothy Collins, but has no bearing on the claims of co-Plaintiff, Sidney Naiman.

RESPECTFULLY SUBMITTED AND DATED this 31st day of August, 2018.

By:*/s/ Anthony Paronich*
Anthony Paronich
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110
(617) 738-7080
Fax (617) 830-0327
anthony@broderick-law.com

*Counsel for Plaintiff*

By:*/s/ Lawren A. Zann*
 Lawren A. Zann
Greenspoon Marder LLP
200 E. Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 527-2427
Fax: (954) 333-4027
lawren.zann@gmlaw.com
*Counsel for Defendant*