GREENSPOON MARDER
BETH-ANN KRIMSKY (*pro hac vice admission*)
beth-ann.krimsky@gmlaw.com
LAWREN A. ZANN (*pro hac vice admission*)
lawren.zann@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Telephone:   954.527.2427
Facsimile:    954.333.4027

NOSSAMAN LLP
JAMES H. VORHIS (SBN 245034)
jvorhis@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:   415.398.3600
Facsimile:    415.398.2438

Attorneys for Defendant
TOTAL MERCHANT SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TOTAL MERCHANT SERVICES, INC.,<br><br>Defendant. | Case No: 4:17-cv-03806-CW<br><br>[PROPOSED] ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE AT HEARING ON MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date:         October 9, 2018<br>Time:        2:30 p.m.<br>Courtroom: Oakland, ~~Courtroom 1, 4th Floor~~ |

1 **[PROPOSED] ORDER**

The request of Defendant Total Merchant Services, Inc. for attorneys Beth-Ann E. Krimsky and Lawren A. Zann to appear telephonically at the October 9, 2018 hearing on plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement is hereby granted.

**SO ORDERED**

Date: September 21, 2018

*IT IS SO ORDERED*
*/s/ Claudia Wilken*
*Judge Claudia Wilken*

THE HONORABLE CLAUDIA WILKEN