Jon B. Fougner (State Bar No. 314097)
jon@fougnerlaw.com
600 California Street, 11th Floor
San Francisco, California 94108
Telephone: (415) 577-5829
Facsimile: (206) 338-0783

[Additional counsel appear on signature page]

*Attorneys for Plaintiff Sidney Naiman and the Settlement Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>       v.<br><br>TOTAL MERCHANT SERVICES, INC., QUALITY MERCHANT SERVICES, INC., MICHAEL ALIMENTO and BOBBY POWERS,<br><br>                    Defendants. | NO.  4:17-cv-03806-CW<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO BOBBY POWERS**<br><br>JURY TRIAL DEMAND<br><br>Complaint Filed:  July 5, 2017 |

Plaintiff Sidney Naiman files this notice of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of all of his individual claims in the above-captioned case against Bobby Powers, only. Mr. Powers was served with process (Dkt. No. 47.) but never served an answer or a motion for summary judgment.

A classwide resolution of the claims against the corporate defendants has been reached. None of the rights of any absent or putative class members against Mr. Powers are hereby released.

RESPECTFULLY SUBMITTED AND DATED on April 11, 2019.

By: *Matthew P. McCue*

Edward A. Broderick, *Admitted Pro Hac Vice*
BRODERICK LAW, P.C.
99 High Street, Suite 304
Boston, Massachusetts 02110

      Telephone: (617) 738-7080
      Facsimile:  (617) 830-0327

      Matthew P. McCue, *Admitted Pro Hac Vice*
      mmccue@massattorneys.net
      THE LAW OFFICE OF MATTHEW P. McCUE
      1 South Avenue, Suite 3
      Natick, Massachusetts 01760
      Telephone: (508) 655-1415
      Facsimile:  (508) 319-3077

      Andrew W. Heidarpour, *Admitted Pro Hac Vice*
      AHeidarpour@HLFirm.com
      HEIDARPOUR LAW FIRM, PPC
      1300 Pennsylvania Ave. NW, 190-318
      Washington, DC 20004
      Telephone: (202) 234-2727

      *Attorneys for Plaintiff Sidney Naiman and the Settlement Class*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 11, 2019, I filed the foregoing with the Court's CM/ECF system, which served the same on all counsel of record.

      By: *Matthew P. McCue*